THE STATE EX REL. FANT *v.* BOARD OF TRUSTEES, [GREATER CLEVELAND] REGIONAL TRANSIT AUTHORITY, APPELLEE.

[Cite as *State ex rel. Fant v. Bd. of Trustees, Greater Cleveland Regional Transit Auth.* (1994), 68 Ohio St.3d 505.]

(No. 93–2265—Submitted February 22, 1994—Decided March 23, 1994.)

---

*Henry J. Fant,* pro se.

*Edward J. Opett,* for appellee.

---

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.